MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. LIN (NYBN 5048053)
Special Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: kevin.lin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>       )<br>  v. )<br>       )<br>DERREK HARPER, )<br>      Defendant. )<br>       ) | No. CR 13-00362 PJH<br><br>DETENTION ORDER<br>[**as modified**] |

## I. DETENTION ORDER

Defendant Derrek Harper ("the defendant") is charged in a one-count indictment with being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g). On June 3, 2013, the United States moved for a detention hearing pursuant to 18 U.S.C. § 3142(f)(1)(E) (because the crime involved the possession of a firearm). Following the hearing under 18 U.S.C. § 3142(f) on June 6, 2013, and considering the parties' proffer, the bail study, and the factors set forth in section 3142(g), the Court finds that the government has met its burden of proving by clear and convincing evidence that no condition or combination of conditions in section 3142(c) will reasonably assure the safety of any other person or the

DETENTION ORDER      cc: Copy to parties via ECF, 2 Certified copies to US Marshal
No. CR 13-00362 PJH            Nichole

1  community. *See* 18 U.S.C. § 3142(e) and (f).

2      The Court therefore orders Derrek Harper detained. The defendant is committed to the
3  custody of the Attorney General or a designated representative for confinement in a corrections
4  facility separate, to the extent practicable, from persons awaiting or serving sentences or held in
5  custody pending appeal. *See* 18 U.S.C. § 3142(i)(2). The defendant must be afforded a
6  reasonable opportunity to consult privately with counsel. *See id.* § 3142(i)(3). On order of a
7  court of the United States or on request of an attorney for the government, the person in charge
8  of the corrections facility must deliver the defendant to the United States Marshal for a court
9  appearance. *See id.* § 3142(i)(4).

11  DATED: June 10, 2013              /s/
12                                                      KEVIN J. LIN
                                                    Special Assistant United States Attorney

13  IT IS SO ORDERED

15  DATED: June 10, 2013

                                                   DONNA M. RYU
                                                   United States Magistrate Judge

DETENTION ORDER       cc: Copy to parties via ECF, 2 Certified copies to US Marshal
No. CR 13-00362 PJH            Nichole